**Darryl O. PAYNE–BEY, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.**

No. 02–6074.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Darryl O. Payne–Bey, Appellant Pro Se. Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl O. Payne–Bey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Payne–Bey v. Angelone*, No. CA–00–836 (E.D. Va. filed Dec. 7, 2001; entered Dec. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*